Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

    - v. -                        :     07 Cr.

LEONEL MADURO,                              **07 CRIM 996**

             Defendant.     :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. From in or about early 2006, up to and including on or about May 17, 2006, in the Southern District of New York and elsewhere, LEONEL MADURO, the defendant, unlawfully, willfully, and knowingly, in and affecting interstate and foreign commerce, did transfer, possess, and use, without lawful authority, a means of identification of another person with the intent to commit, aid and abet, and in connection with, unlawful activity that constitutes a violation of Federal law, and that constitutes a felony under applicable State and local law, to wit, MADURO sold credit reports of other individuals to an undercover agent with the intent that the agent would use the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 9 2007

information in the credit reports to illegally obtain credit cards.

    (Title 18, United States Code, Section 1028(a)(7).)

_____       _____
FOREPERSON                         MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LEONEL MADURO,

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. § 1028(a)(7))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

10-29-07 D.I.C: Post 11/1/87 indictment filed
Assigned to Judge McMahon
Peck, M.J.