```
┌─────────────────────────────┐
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____         │
│ DATE FILED: 10/31/07        │
└─────────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

October 30, 2007

**BY HAND**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*[handwritten endorsement: 10/31/07 Time excluded. Colleen McMahon]*

> Re: United States v. Leonel Maduro
>     07 Cr. 996 (CM)

Dear Judge McMahon:

The above-referenced matter was assigned to Your Honor on October 29, 2007, and I respectfully enclose a copy of the Indictment. The Arraignment and initial conference has been scheduled for November 6, 2007 at 9:30 a.m.

The Government respectfully requests that the Court exclude time from the date of this letter until November 6, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
    Carrie H. Cohen
    Assistant U.S. Attorney
    (212) 637-2264

Enc.
cc by hand w/enc.: Xavier Donaldson, Esq., Attorney for Defendant