

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

December 19, 2007

BY HAND

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

12/21/07 [handwritten endorsement]

    Re:  United States v. Leonel Maduro,
          07 Cr. 996 (CM)

Dear Judge McMahon:

    I write to respectfully confirm that the conference in the above matter previously scheduled for December 20, 2007 at 9:30 a.m. has been rescheduled to January 30, 2008.

    The Government respectfully requests that the Court exclude time from the date of this letter until January 30, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
    Carrie H. Cohen
    Assistant U.S. Attorney
    (212) 637-2264

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

cc by fax: Xavier Donaldson, Esq., Attorney for Defendant