**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2008

**BY HAND**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

2/1/08
Matter adj to 3/7/08 at 945 AM
Time Excluded.

Re: United States v. Leonel Maduro, 07 Cr. 996 (CM)

Dear Judge McMahon:

I write to respectfully confirm that the conference in the above matter previously scheduled for January 30, 2008 has been rescheduled to March 7, 2008 at 9:45 a.m.

The Government respectfully requests that the Court exclude time from the date of this letter until March 7, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 2/1/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: ______________________
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

cc by fax: Xavier Donaldson, Esq., Attorney for Defendant