PROB 12B
(7/93)



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

## United States District Court

### for the

### Southern District of New York

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Maduro, Leonel                Docket Number: 1:07CR00996-1 (CM)

Name of Sentencing Judicial Officer: Honorable Colleen McMahon, U.S. District Judge

Date of Original Sentence: June 18, 2008

Original Offense: Transferring, Possessing and Using Fraudulent Identification Documents, in Violation of 18 USC 1028(a)(7), a Class D Felony

Original Sentence: One (1) Year of Probation

Type of Supervision: Probation                Supervision Commenced: June 18, 2008

---

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The offender will participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the offender has reverted to the use of drugs or alcohol. The offender will be required to contribute to the costs of services rendered (co-payment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.**

### CAUSE

We are requesting the drug and alcohol treatment modification based upon Maduro's history of substance abuse which includes marijuana. Maduro last used marijuana on the date of his arrest for the offense yielding probation. Prior to the offense, Maduro stated that he would use marijuana on a regular basis. This condition would supply the availability of treatment as needed by the offender. Maduro voluntarily signed the attached U.S. Probation Form 49, Waiver of Hearing to Modify the Conditions of probation.

| Maduro, Leonel | 2 | P52442/S. Vargas |
|---|---|---|

## SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

Since the start of supervision, Maduro has remained in general compliance with his conditions of probation. He has reported as directed and is presently residing at 1147 Beach Ave, Bronx, NY. Maduro is currently working at World's Famous Barbers located at 587 168th St, Bronx, NY. He has submitted monthly supervision reports as directed and has satisfied his special assessment fee.

Respectfully submitted,

by   *[signature]*

Steven Vargas
U.S. Probation Officer
(212) 805-5076

Approved By:

*Peter A. Merrigan by mrc 8.6.08*
Date

Peter Merrigan
Supervising U.S. Probation Officer
(212) 805-5129

3

Docket Number: 1:07CR00996-1 (CM)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*Judicial Response*

[✓] Court approves the Modification of Conditions as noted.

or

[ ] Other

_____
Signature of Judicial Officer

8/6/08
_____
Date

...

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**THE DEFENDANT WILL PARTICIPATE IN A PROGRAM APPROVED BY THE UNITED STATES PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT WILL BE REQUIRED TO CONTRIBUTE TO THE COSTS OF SERVICES RENDERED (COPAYMENT) IN AN AMOUNT TO BE DETERMINED BY THE PROBATION OFFICER, BASED ON ABILITY TO PAY OR AVAILABILITY OF THIRD-PARTY PAYMENT.**

Witness: _[signature]_                Signed: _[signature]_
U.S. Probation Officer                Supervised Releasee

7/9/08
DATE